

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT E-filing
### for the
### Northern District of California

PJH

The Board of Trustees, **(SEE ATTACHMENT A TO SUMMONS IN A CIVIL ACTION)**
Plaintiff

v.

Geneva Philpot, **(SEE ATTACHMENT A TO SUMMONS IN A CIVIL ACTION)**
Defendant

Civil Action No.

CV 08  3130

### Summons in a Civil Action

To: <u>GENEVA PHILPOT, SHIRLEY SALAS, GEORGE OUZOUNIAN, TOM LINK, and TOM SMITH,</u>
(Defendant's name) in their capacities as Trustees of the VISALIA PUBLIC CEMETERY

A lawsuit has been filed against you.

Within <u>20</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Barry E. Hinkle, Bar No. 071223            Phone: (510) 337-1001
Patricia A. Davis, Bar No. 179074
Concepcion E. Lozano-Batista, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
1001 Marina Village Parkway, Suite 200, Alameda, CA 94501

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: JUN 3 0 2008

HELEN L. ALMACEN
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

NDCAO440

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

        returning the summons unexecuted to the court clerk on _____ .

My fees are $_____ for travel and $_____ for services, for a total of $_____ .

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attachment A to Summons in a Civil Action

THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, and the LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO, LOCAL UNION NO. 294,

    Plaintiffs,

  v.

GENEVA PHILPOT, SHIRLEY SALAS, GEORGE OUZOUNIAN, TOM LINK, and TOM SMITH, in their capacities as Trustees of the VISALIA PUBLIC CEMETERY DISTRICT,

    Defendants.

**Attachment A to Summons in a Civil Action**