| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| WEINBERG, ROGER & ROSENFELD<br>1001 MARINA VILLAGE PRKWY, STE. 200<br>ALAMEDA, CA 94501-1023 | (510) 337-1001 | |
| ATTORNEY FOR (NAME) | REFERENCE NUMBER<br>00034789-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
United States District Court,

SHORT NAME OF CASE
THE BOARD OF TRUSTEES vs. GENEVA PHILPOT

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV 08 3130 PJH |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
Summons & Complaint; Civil Case Cover Sheet; Order Setting Initial Case Management Conference; Standing Order; ECF Registration Information Handout; Notice Of Availablility Of Magistrate Judge To Exercise Jurisdiction; Welcome to the U.S. District Court, San Francisco; Public Notice/U.S.D.C.; Order Requiring Initial Case Management Statement; Consenting To A Magistrate Judge's Jurisdiction;

Name of Defendant: GENEVA PHILPOT, IN HER CAPACITY AS TRUSTEE OF THE VISALIA PUBLIC CEMETERY
Person Served: DONA SHORES
Title: APPARENTLY IN CHARGE

Date of Delivery: 07/16/08
Time of Delivery: 01:41 pm

Place of Service: 1300 WEST GOSHEN AVE.
VISALIA, CA 93921      (Business)

Date of Mailing: 07/18/08
Place of Mailing: SAN FRANCISCO

Manner of Service:
**Substituted Service on the defendant by leaving copies of the documents at the defendants dwelling, house, usual place of abode, usual place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, in the presence of a competent member of the household or a person apparently in charge of his or her office, place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, at least 18 years of age who was informed of the contents thereof, and by mailing copies of the documents (By First-Class Mail, Postage Pre-Paid) to the defendant served at the place where the copies were left. (CCP 415.20(b) ) (F.R.CIV. P. 4 (e) (1)) FRCP 4 D**

Fee for service: $ 89.50

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)

[X] Registered: Kings County,
Number: 08-115
Expiration Date:
RAPID SERVE
210 Fell Street, # 19
San Francisco, CA 94102
(415) 882-2266
304/00034789-01

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
on: July 25, 2008
at: San Francisco, California.

Signature: /s/
Name: GUADALUPE PEREZ
Title: (i) registered California process server