| | | |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS)<br>WEINBERG, ROGER & ROSENFELD<br>1001 MARINA VILLAGE PRKWY, STE. 200<br>ALAMEDA, CA 94501-1023 | TELEPHONE NO.<br>(510) 337-1001 | FOR COURT USE ONLY |
| ATTORNEY FOR (NAME) | REFERENCE NUMBER<br>00034789-05 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
United States District Court,

SHORT NAME OF CASE
THE BOARD OF TRUSTEES vs. GENEVA PHILPOT

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV 08 3130 PJH |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
Summons & Complaint; Civil Case Cover Sheet; Order Setting Initial Case Management Conference; Standing Order; Notice Of Availablility Of Magistrate Judge To Exercise Jurisdiction; Welcome to the U.S. District Court, San Francisco; Public Notice/U.S.D.C.; Order Requiring Initial Case Management Statement; Consenting To A Magistrate Judge's Jurisdiction;

    Name of Defendant: TOM SMITH, IN HIS CAPACITY AS TRUSTEE OF THE VISALIA
                      PUBLIC CEMETERY
       Person Served: DONA RHODES
               Title: APPARENLTY IN CHARGE

    Date of Delivery: 07/16/08
    Time of Delivery: 01:41 pm

    Place of Service: 1300 WEST GOSHEN AVE.
                      VISALIA, CA 93921                            (Business)

    Date of Mailing: 07/18/08
    Place of Mailing: SAN FRANCISCO

Manner of Service:
Substituted Service on the defendant by leaving copies of the documents at the defendants dwelling, house, usual place of abode, usual place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, in the presence of a competent member of the household or a person apparently in charge of his or her office, place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, at least 18 years of age who was informed of the contents thereof, and by mailing copies of the documents (By First-Class Mail, Postage Pre-Paid) to the defendant served at the place where the copies were left. (CCP 415.20(b) ) (F.R.CIV. P. 4 (e) (1)) FRCP 4 D

    Fee for service:    $ 49.75

| JUDICIAL COUNCIL FORM, RULE #982 (A)(23) | I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. |
|---|---|
| [X] Registered: Kings County,<br>Number: 08-115<br>Expiration Date:<br>RAPID SERVE<br>210 Fell Street, # 19<br>San Francisco, CA 94102<br>(415) 882-2266<br>304/00034789-05 | on: July 25, 2008<br>at: San Francisco , California.<br>Signature: *[signature]*<br>Name: GUADALUPE PEREZ<br>Title: (i) registered California process server |