1  BARRY E. HINKLE, Bar No. 071223
   PATRICIA A. DAVIS, Bar No. 179074
2  CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 203786
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, CA  94501-1091
   Telephone (510) 337-1001
5  Facsimile  (510) 337-1023

6  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, and the LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO, LOCAL UNION NO. 294,<br><br>Plaintiffs,<br><br>v.<br><br>GENEVA PHILPOT, SHIRLEY SALAS, GEORGE OUZOUNIAN, TOM LINK, and TOM SMITH, in their capacities as Trustees of the VISALIA PUBLIC CEMETERY DISTRICT,<br><br>Defendants. | No.    CV-08-3130 PJH<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs voluntarily dismiss the above-captioned action *with prejudice*. Said voluntary

////

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

NOTICE OF DISMISSAL WITH PREJUDICE, Case No. CV-08-3130

118570/510010


1  dismissal without an order of the Court is appropriate, since the Defendant has not answered or

2  otherwise responded to Complaint in this matter and the parties have reached an agreement and

3  settled this matter.

4  Dated: November 10, 2008

5  WEINBERG, ROGER & ROSENFELD

6  A Professional Corporation

7

8  By: /s/
   PATRICIA A. DAVIS

10  11/12/08



WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 2 -
NOTICE OF DISMISSAL WITH PREJUDICE, Case No. CV-08-3130

118570/510010